**PHILLIPS DAYES**
NATIONAL EMPLOYMENT LAW FIRM
*A Professional Corporation*

3101 North Central Avenue, Suite 1100
Phoenix, Arizona 85012
Telephone: 1-800-JOB-LAWS
docket@phillipsdayeslaw.com
TREY DAYES, No. 020805
SEAN C. DAVIS, No. 030754
seand@phillipsdayeslaw.com
Direct: (602) 288-1610 ext. 432
Attorneys for Plaintiff

### UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZIONA

| | |
|---|---|
| Michael Messenger,<br><br>Plaintiff,<br>v.<br><br>AX Xpress Incorporated, et al.,<br><br>Defendants. | Case No.: CV-15-01416-PHX-BSB<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION** |

Pursuant to FRCP 41(a)(1)(A), Plaintiff gives notice of his dismissal of this action.

Dated:  December 17, 2015         Respectfully submitted,

**PHILLIPS DAYES NATIONAL EMPLOYMENT LAW FIRM PC**

By  /s/Trey Dayes
     Trey Dayes
     treyd@phillipsdayeslaw.com

Attorneys for Plaintiff

---

Plaintiff's Notice of Voluntary Dismissal of Action                              Page 1

**CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2015, I electronically transmitted the attached document to the clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to each of the following registrants:

None.

By: /s/Nasser Abujbarah
    Nasser Abujbarah
    Paralegal for Trey Dayes